IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BOBBY R. WYLES JR.,**                                                                                      **PLAINTIFF**
**ADC #149401**

v.                                          Case No. 2:20-cv-61-KGB-ERE

**TIFFANY M. MUNN,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 36). No objections have been filed to the Recommended Disposition, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Accordingly, on the Court's own motion, plaintiff Bobby Wyles' remaining claim against defendant Korenzo Burnett is dismissed without prejudice for failure to state a plausible claim that Mr. Burnett violated his constitutional rights. Judgment will be entered accordingly.

It is so ordered this 5th day of October, 2022.

_____
Kristine G. Baker
United States District Judge