# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BOBBY R. WYLES JR.,**  **PLAINTIFF**
**ADC #149401**

v.  Case No. 2:20-cv-61-KGB-ERE

**TIFFANY M. MUNN,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Bobby Wyles' complaint is dismissed. The relief requested is denied.

So adjudged this 5th day of October, 2022.

_____
Kristine G. Baker
United States District Judge